UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF A.A., ET AL. | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:14cv68 (SRU) |
| WINDHAM COMMUNITY MEMORIAL | : | |
| HOSPITAL, ET AL. | : | |

## **ORDER OF REMAND**

This case is hereby remanded to the Superior Court for the State of Connecticut. Because the claims against the United States have been dismissed, this court no longer has subject matter jurisdiction.

It is so ordered.

Dated this 16th day of September 2014 at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge